No. 2010. El Pueblo, Apelado, v. Figueroa, Apelante.—Corte de Distrito de Ponce. Resuelto en febrero 2, 1923. Falsa representación. No habiendo el apelante presentado

alegato alguno en apoyo del recurso, el tribunal resuelve en corte abierta, desestimar la apelación.